# KNOLL & LAITSCH, SC
## ATTORNEYS

---

121 S. PINCKNEY STREET – SUITE 550
POST OFFICE BOX 2686
MADISON, WISCONSIN 53701-2686
TELEPHONE (608) 255-2560
FACSIMILE  (608) 255-5870
E-MAIL    knollandlaitsch@gmail.com

TONI H. LAITSCH

August 27, 2013

Honorable Stephen Crocker
U.S. District Judge
Western District of Wisconsin
120 N. Henry Street
Madison, Wi. 53703

RE:   **United States v. SCOTT BODLEY**
      **Case No.:**   **13-cr-00052-bbc**

Dear Judge Crocker:

    I am writing to let the court know that I received an email from Mr. Bodley stating that he would like me to proceed with a my motion to withdraw. Further, Mr. Bodley does not have the money to get back to Wisconsin because he lost his job and was denied unemployment. In addition, he is struggling to make next month's bills and believes that he will lose his housing.

                        Respectfully,

                        KNOLL & LAITSCH, SC

                        Toni H. Laitsch
                        Attorney at Law

THL:alh

CC:    U.S. Attorney Dan Graber