

**U.S. Department of Justice**

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

January 22, 2015

Scott Bodley
1414 Little Walnut Road
Apt. 10C
Silver City, NM  88061

    Re:    *United States v. Scott Bodley*
            Case No. 13-cr-00052-bbc

Dear Mr. Bodley:

    Additional government discovery is enclosed and consists of pages bates numbered 8092 - 8100.  If you have any questions, please contact me at (608) 264-5158.

        Very truly yours,

        JOHN W. VAUDREUIL
        United States Attorney

    By:   /s/
        DANIEL J. GRABER
        Assistant United States Attorney

Enclosures

ecf:    Magistrate Judge Stephen L. Crocker (without enclosures)
        Attorney Christopher Duren (with enclosures)