IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | ORDER |
| v. | | |
| SCOTT BODLEY, | | 13-cr-52-bbc |
| | Defendant. | |

_____

On January 22, 2015, the Court of Appeals for the Seventh Circuit alerted District Judge Barbara B. Crabb and Magistrate Judge Stephen L. Crocker that defendant Scott Bodley has filed a Complaint of Judicial Misconduct against each of them. Bodley is advised that these complaints do not serve to stay or postpone his February 2, 2015 trial in this court. Unless the court of appeals orders this court to stay or postpone Bodley's trial, the trial shall go forward as scheduled and Bodley must plan on attending.

This court already has ordered the United States Marshals Service to arrange noncustodial transportation and per diem expenses for Bodley from New Mexico to Wisconsin and this court has authorized use of the clerk of court's Attorney Admission Fund to pay for Bodley's noncustodial lodging and his meal costs during trial. In other words, all the arrangements are made and Bodley's judicial complaint changes nothing. The court expects him to be on the bus to Madison and to show up for the final hearing at 8:00 a.m. on February 2, 2015, followed immediately by jury selection and trial.

Entered this 23rd day of January 2015.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge