IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                                        Plaintiff,                              ORDER

    v.

                                                                                      13-cr-52-bbc

SCOTT BODLEY,

                                        Defendant.
_____

        In response to defendant Scott Bodley's sworn affidavit of indigency, this court ordered the United States Marshals Service to arrange for Bodley's noncustodial transportation from New Mexico to Madison for trial, and the court has arranged for the clerk of court to pay Bodley's room and board during trial so that Bodley can avoid being housed in a jail while representing himself during trial.  The court is doing everything it can to ensure that Bodley remains free during trial.  Of course, this all depends on Bodley actually getting on the bus, arriving in Madison and showing up for trial on February 2, 2015 at 8:00 a.m.

        In light of Bodley's recently-filed dismissal motions, "objections" and "verified RICO complaint," all considered in conjunction with his recent postings on YouTube, one might wonder whether Bodley actually intends to show up for trial.  This court will not look for trouble on this point, but instead expects that Bodley will honor his promise to appear in this court as directed, a promise he made when he signed the June 19, 2013 release order in this case. *See* dkt. 7 at 6.

        In case Bodley has any doubts, the court hereby assures him that nothing he has filed will cause this court to dismiss this case or postpone his trial.  Bodley must get on the bus, take it all the way to Madison and show up at the courthouse in time to begin the final pretrial conference at 8:00 a.m. on February 2, 2015.  Given the totality of circumstances here, the court would view Bodley's failure to use the marshal-provided bus ticket to travel all the way to Madison as evidence that Bodley does not intend to attend trial.   If the court concludes that this is Bodley's intent, then the court will order Bodley arrested and detained during trial.  This is a result the court very much would like to avoid.  Hopefully Bodley feels the same way.

        Entered this 27th day of January 2015.

                                                                             BY THE COURT:

                                                                             /s/

                                                                             STEPHEN L. CROCKER
                                                                             Magistrate Judge