# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 2/3/2015   DAY: Tuesday   START TIME: 9:05am   TOTAL HOURS: 6 hrs

JUDGE/MAG.: BBC   CLERK: JAT   REPORTER: CS/ LS

PROBATION OFFICER: _____   INTERPRETER: _____   SWORN: YES ☐   NO ☐

CASE NUMBER: 13-cr-052-bbc-1   CASE NAME: USA v. Scott Bodley

**APPEARANCES:**

PLAINTIFF(S): Daniel Graber   DEFENDANT(S): Christopher Duren
Munish Sharda   (stand-by counsel)

PROCEEDINGS: Jury Selection, Opening Statements, 1st Day Jury Trial

**PLAINTIFF(S) WITNESS**
1. Shauna Henline
2. Geraldine Bodley
3. Roman Hernandez
4. Dennis Biel
5.
6.
7.
8.
9.
10.

**DEFENDANT(S) WITNESS**
1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**
1. _____   GRANTED ☐   DENIED ☐   U/A ☐
2. _____   GRANTED ☐   DENIED ☐   U/A ☐
3. _____   GRANTED ☐   DENIED ☐   U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**
1. _____   GRANTED ☐   DENIED ☐   U/A ☐
2. _____   GRANTED ☐   DENIED ☐   U/A ☐
3. _____   GRANTED ☐   DENIED ☐   U/A ☐

1ST BREAK: 10:02am   RESUME: 10:12am   2ND BREAK: 11:37am   RESUME: 11:50am
3RD BREAK: 12:48pm   RESUME: 2:09pm   4TH BREAK: 3:44pm   RESUME: 3:57pm
ADJOURNMENT: 5:02pm